UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  17-20467
Juan P. Lopez  )
)  Chapter:  13
)
)  Honorable Timothy Barnes
)
)
Debtor(s)  )

**Order Dismissing Case for Failure To Make Plan Payments**

The Court having heard the facts finds that the Debtor is in material default.

IT IS HEREBY ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307[c][6].

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 22, 2018